# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

VS.                           4:05CV00603 JMM

**CHRISTINA WILLIAMS and her spouse, if any**                     **DEFENDANTS**

## ORDER GRANTING MOTION TO DISMISS
## IN THE UNITED STATES DISTRICT COURT <u>WITHOUT PREJUDICE</u>

Now before the Court is a Motion To Dismiss without prejudice filed by the United States of America. The Court has reviewed the motion and file and it is therefore

**ORDERED** that the Motion To Dismiss without prejudice is **GRANTED**. This matter is dismissed without prejudice.

_____
Honorable James M. Moody
United States District Judge

Date: July __15__, 2005